**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| JODI KRAWITT, | Case No. CV12-3097 SI |
| Plaintiff, | **ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; SHORT TERM AND LONG TERM DISABILITY COVERAGE FOR ALL STAFF EMPLOYEES OF KPMG LLP AND AFFILIATED COMPANY; KPMG LLP, AND DOES 1 THROUGH 10 INCLUSIVE, | Complaint Served:   July 2, 2012 |
| | Judge:  Hon. Susan Illston |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV12-3097 SI, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own costs, expenses and attorneys' fees in this matter.

IT IS SO ORDERED.

Dated: ___1/14/13_____          _____

Hon. Susan Illston
United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

128979.1

1

Case No.  CV12-3097 SI
ORDER RE STIPULATION TO DISMISS
ENTIRE ACTION WITH PREJUDICE